# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUAN PAZOS HERNANDEZ, JUAN CABALLERO LEON, ALEJANDRO PEREZ AJANEL, CARLOS ALMAZAN GARCIA, WILLIAM GARCIA NAJERA and GERARDO MORENO-ALVARADO,

        Plaintiffs,

v.                             Case No: 6:12-cv-99-Orl-22TBS

THE AVALON GROUP SOUTHEAST, LLC, DAVID L. LOFT, JR., ERIC LOVE, JOHN PRETE and BYRON AVALOS,

        Defendants.

_____

**ORDER**

This cause is before the Court on the Second Amended Joint Stipulation of Dismissal, with Prejudice, and Motion to Approve FLSA Settlement (Doc. No. 56) filed on August 17, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation filed August 28, 2012 (Doc. No. 57), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Amended Joint Stipulation of Dismissal with Prejudice, and Motion to Approve FLSA Settlement is hereby GRANTED.

3. The Court APPROVES the parties' Settlement Agreement.

4. This action is DISMISSED WITHOUT PREJUDICE as to Defendant Byron Avalos, and DISMISSED WITH PREJUDICE as to the remaining Defendants.

5. The Clerk is directed to terminate any pending motions and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record